UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINEVEH INVESTMENTS LIMITED,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Civil Action No. 16-cv-01068-JD |

**MOTION FOR APPLICATION OF FOREIGN LAW PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 44.1**

      Pursuant to Federal Rule of Civil Procedure 44.1, Plaintiff Nineveh Investments Limited ("Nineveh") respectfully moves this Court for an Order recognizing the application of the law of the Commonwealth of the Bahamas to this action. Nineveh incorporates and relies upon its Memorandum of Law in support of this Motion.

Dated: October 23, 2017

                                              BLANK ROME LLP

                                              By: */s/ Jason A. Snyderman*

                                              JASON A. SNYDERMAN
                                              215-569-5774
                                              snyderman@blankrome.com
                                              JED M. SILVERSMITH
                                              215-569-5789
                                              jsilversmith@blankrome.com
                                              JOHN P. WIXTED
                                              215-569-5649
                                              jwixted@blankrome.com
                                              ONE LOGAN SQUARE

147339.00601/106254158v.3

130 N. 18TH STREET
PHILADELPHIA, PA 19103

CARLOS F. ORTIZ
301 CARNEGIE CENTER 3RD FL
PRINCETON, NJ 08540
609-750-2641
cortiz@blankrome.com

MAYLING C. BLANCO
THE CHRYSLER BLDG.
405 LEXINGTON AVE
NEW YORK, NY 10174-0208
212-885-5502
mblanco@blankrome.com

*Attorneys for Nineveh Investments Limited*