IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINEVEH INVESTMENTS LIMITED,**     Plaintiff, | CIVIL ACTION |
| v. | |
| **UNITED STATES OF AMERICA,**     Defendant. | NO. 16-1068 |

## O R D E R

**AND NOW**, this 4th day of December, 2017, upon consideration of plaintiff's Motion for Application of Foreign Law Pursuant to Federal Rule of Civil Procedure 44.1 (Doc. No. 37), the United States' Opposition to Nineveh's Motion for Application of Foreign Law (Doc. No. 38), plaintiff's Reply in Support of Motion for Application of Foreign Law Pursuant to Federal Rule of Civil Procedure 44.1 (Doc. No. 40), and the United States' Sur-Reply in Opposition to Nineveh's Motion for Application of Foreign Law (Doc. No. 43), for the reasons stated in the accompanying Memorandum dated December 4, 2017, **IT IS ORDERED** that plaintiff's Motion for Application of Foreign Law Pursuant to Federal Rule of Civil Procedure 44.1 is **DENIED**.

**IT IS FURTHER ORDERED** that Pennsylvania law will be applied in this case.

**IT IS FURTHER ORDERED** that the case shall proceed in accordance with the Scheduling Order dated June 14, 2017, with one correction—Paragraph 4 of that Order is

corrected to state that plaintiff shall file and serve a motion for summary judgment and both parties shall file and serve *Daubert* motions on or before July 20, 2018, not July 20, 2017.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**