# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINEVEH INVESTMENTS LIMITED,**<br>Plaintiff, | CIVIL ACTION |
| v. | |
| **UNITED STATES OF AMERICA,**<br>Defendant. | NO. 16-1068 |

## O R D E R

**AND NOW**, this 13th day of August, 2019, upon consideration of plaintiff's Motion for Reconsideration (Document No. 47, filed December 18, 2017), United States' Opposition to Nineveh's Motion for Reconsideration (Document No. 51, filed January 9, 2018), Plaintiff's Reply in Support of Motion for Reconsideration (Document No. 54, filed January 23, 2018), the United States' Sur-Reply in Opposition to Nineveh's Motion for Reconsideration (Document No. 56, filed January 29, 2018), the United States' Memorandum Regarding Choice-of-Law and the Substance of Applicable Bahamian Law (Document No. 65, filed August 10, 2018), Plaintiff's Response to the United States of America's Memorandum Regarding Choice of Law and the Substance of Applicable Bahamian Law (Document No. 69, filed October 15, 2018), and Plaintiff's Sur-Reply to the United States of America's Memorandum Regarding Choice of Law and the Substance of Bahamian Law (Document No. 70, filed November 12, 2018), for the reasons stated in the accompanying Memorandum dated August 13, 2019, **IT IS ORDERED** as follows:

1. That part of plaintiff's Motion seeking application of Bahamian law to the issue of interpretation of the terms of the Kaplan Family Trust ("the Trust") is **GRANTED**;

2. That part of plaintiff's Motion seeking application of Bahamian law to all other issues involved in determining Gary Kaplan's property interest in the Trust is **DENIED**

**WITHOUT PREJUDICE** to plaintiff's right to provide proof of Bahamian law on such issues at a later stage in the proceedings.

**IT IS FURTHER ORDERED** that further proceedings shall be scheduled during the telephone conference on August 15, 2019. The parties shall submit a proposed schedule to the Court on or before the close of business on August 14, 2019.

                                       **BY THE COURT:**

                                       /s/ Hon. Jan E. DuBois

                                         **DuBOIS, JAN E., J.**