IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINEVEH INVESTMENTS LIMITED,**<br>     Plaintiff, | CIVIL ACTION |
| v. | |
| **UNITED STATES OF AMERICA,**<br>     Defendant. | NO.  16-1068 |

## O R D E R

**AND NOW**, this 29th day of August, 2019, following a telephone status conference with the parties, through counsel, on said date, counsel having reported that they are interested in continuing their settlement discussions and, if unsuccessful, proceeding with alternative dispute resolution, **IT IS ORDERED** that, on or before September 30, 2019, counsel shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether the case is settled.  In the event the case is not settled on or before September 30, 2019, counsel shall include in their joint report a statement as to whether they believe further settlement conferencing before United States Magistrate Judge Thomas J. Rueter or further private mediation before Dennis Suplee, Esquire, or some other form of alternative dispute resolution, might be of assistance in resolving the case, and, if so, on what form of alternate dispute resolution they agree and by what date they will be prepared to begin such proceedings.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.