# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINEVEH INVESTMENTS LIMITED,**<br>    **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **UNITED STATES OF AMERICA,**<br>    **Defendant.** | **NO. 16-1068** |

## O R D E R

**AND NOW**, this 24th day of March, 2020, upon consideration of Request to Withdraw Appearance (Document No. 78, filed March 2, 2020), which seeks to withdraw the appearance of Mayling C. Blanco, Esquire as counsel for plaintiff, the Court noting that plaintiff continues to be represented by the firms of Fox Rothschild, LLP, and Blank Rome, LLP, and by Jed M. Silversmith, Esquire, Jason A. Snyderman, Esquire, and John P. Wixted, Esquire, **IT IS ORDERED** that the appearance of Mayling C. Blanco, Esquire, as counsel for plaintiff, shall be **MARKED WITHDRAWN**.

                                            **BY THE COURT:**

                                            /s/ Hon. Jan E. DuBois

                                              **DuBOIS, JAN E., J.**