# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date of Notice: October 26, 2020

| | |
|---|---|
| **NINEVEH INVESTMENTS LIMITED,**<br>      Plaintiff, | CIVIL ACTION |
| v. | |
| **UNITED STATES OF AMERICA,**<br>      Defendant. | NO. 16-1068 |

## NOTICE

Please be advised that a **TELEPHONE SCHEDULING CONFERENCE** is **SCHEDULED** for **Tuesday, November 17, 2020, at 3:00 P.M.,** with the Honorable Jan E. DuBois. The telephone conference will not be on the record.

Counsel shall meet and confer and shall submit a joint proposed schedule for all further proceedings to the Court at least two days prior to the conference. Do not docket the proposed schedule.

Counsel shall contact the Courtroom Deputy regarding the coordination of the telephone conference.

Sincerely,

s/ Ms. M. Hull
Courtroom Deputy Clerk to Judge Jan E. DuBois
267-299-7339

cc:   Jed M. Silversmith, Esquire
      Matthew David Lee, Esquire
      Mayling C. Blanco, Esquire
      Jason A. Snyderman, Esquire
      John P. Wixted, Esquire
      Christopher James Williamson, Esquire
      Ryan O. McMonagle, Esquire
      Stephen S. Ho, Esquire