IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINEVEH INVESTMENTS LIMITED,**<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| **UNITED STATES OF AMERICA,**<br>    Defendant. | NO.  16-1068 |

**O R D E R**

**AND NOW**, this 17th day of November, 2020, following a telephone status conference on said date, the parties, through counsel, having reported that they are interested in continuing their settlement discussions, **IT IS ORDERED** that, on or before December 1, 2020, counsel shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether the case is settled.  In the event the case is not settled on or before December 1, 2020, counsel shall include in their joint report a statement as to whether they believe continued mediation before Dennis Suplee, Esquire, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to begin such proceedings.  In the event the case is not reported settled and the parties do not agree to continued mediation before Dennis Suplee, Esquire, or some other form of alternative dispute resolution, the parties shall include tin their joint report a schedule for further proceedings based on the guidelines provided by the Court in the November 17, 2020 telephone conference.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
    DuBOIS, JAN E., J.