# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINEVEH INVESTMENTS LIMITED,**<br>Plaintiff, | **CIVIL ACTION** |
| v. | |
| **UNITED STATES OF AMERICA,**<br>Defendant. | **NO. 16-1068** |

## O R D E R

**AND NOW**, this 2nd day of December, 2020, upon consideration of the parties letter/request seeking an extension of time by which to report on settlement,[1] **IT IS ORDERED** that the joint request is **GRANTED** and the date by which counsel shall jointly report to the Court with respect to whether the case is settled is **EXTENDED** to December 15, 2020.

**IT IS FURTHER ORDERED** that in the event the case is not settled on or before December 15, 2020, counsel shall include in their joint report a statement as to whether they believe continued mediation before Dennis Suplee, Esquire, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to begin such proceedings. In the event the case is not reported settled and the parties do not agree to continued mediation before Dennis Suplee, Esquire, or some other form of alternative dispute resolution, the parties shall include tin their joint report a schedule for further proceedings based on the guidelines provided by the Court in the November 17, 2020 telephone conference.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**

---

[1] A copy of the letter from the parties dated December 1, 2020, shall be docketed by the Deputy Clerk.