# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINEVEH INVESTMENTS LIMITED,<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| UNITED STATES OF AMERICA,<br>    Defendant. | NO.  16-1068 |

## O R D E R

**AND NOW**, this 17th day of December, 2020, upon consideration of the parties letter/request seeking an additional extension of time by which to report on settlement,[1] **IT IS ORDERED** that the joint request is **GRANTED** and the date by which counsel shall jointly report to the Court with respect to whether the case is settled is **EXTENDED** to January 8, 2021.

**IT IS FURTHER ORDERED** that in the event the case is not settled on or before January 8, 2021, the parties shall include tin their joint report a schedule for further proceedings based on the guidelines provided by the Court in the November 17, 2020 telephone conference.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　    **DuBOIS, JAN E., J.**

---

[1]    A copy of the letter from the parties dated December 15, 2020, shall be docketed by the Deputy Clerk.