# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINEVEH INVESTMENTS LIMITED,**<br>Plaintiff, | **CIVIL ACTION** |
| v. | |
| **UNITED STATES OF AMERICA,**<br>Defendant. | **NO. 16-1068** |

## O R D E R

**AND NOW**, this 1st day of February, 2021, upon consideration of the parties letter/request seeking an additional extension of time by which to report on settlement,[1] **IT IS ORDERED** that the joint request is **GRANTED** and the date by which counsel shall jointly report to the Court with respect to whether the case is settled is **EXTENDED** to February 12, 2021.

**IT IS FURTHER ORDERED** that in the event the case is not settled on or before February 12, 2021, the parties shall include in their joint report a schedule for further proceedings based on the guidelines provided by the Court in the November 17, 2020 telephone conference.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**

---

[1] A copy of the letter from the parties dated January 29, 2021, shall be docketed by the Deputy Clerk.