IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINEVEH INVESTMENTS LIMITED,<br>Plaintiff, | CIVIL ACTION |
| v. | |
| UNITED STATES OF AMERICA,<br>Defendant. | NO.  16-1068 |

# O R D E R

**AND NOW**, this 18th day of February, 2021, upon consideration of the parties letter/request seeking an additional extension of time by which to report on settlement,[1] **IT IS ORDERED** that the joint request is **GRANTED** and the date by which counsel shall jointly report to the Court with respect to whether the case is settled is **EXTENDED** to March 12, 2021.

**IT IS FURTHER ORDERED** that in the event the case is not settled on or before March 12, 2021, the parties shall include in their joint report a schedule for further proceedings based on the guidelines provided by the Court in the November 17, 2020 telephone conference.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**

---

[1] A copy of the letter from the parties dated February 12, 2021, shall be docketed by the Deputy Clerk.