IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINEVEH INVESTMENTS LIMITED,<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| UNITED STATES OF AMERICA,<br>    Defendant. | NO.  16-1068 |

**O R D E R**

**AND NOW**, this 15th day of March, 2021, upon consideration of the joint letter/request from the parties dated March 12, 2021,[1] requesting additional time to engage in settlement discussions, **IT IS ORDERED** that the joint request is **GRANTED**.  On or before March 26, 2021, the parties shall jointly report to the Court with respect to whether the case is settled.

**IT IS FURTHER ORDERED** that in the event the case is not settled on or before March 26, 2021, the parties shall include in their joint report a proposed schedule for further proceedings based on the guidelines provided by the Court in the November 17, 2020 telephone conference.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.

---

[1] A copy of the letter from the parties dated March 12, 2021 shall be docketed by the Deputy Clerk.