**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NINEVEH INVESTMENTS LIMITED,**<br>     **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **UNITED STATES OF AMERICA,**<br>     **Defendant.** | **NO.  16-1068** |

## O R D E R

**AND NOW**, this 23rd day of August, 2021, the parties having reported on August 20, 2021, that the proposed settlement is under review by the Internal Revenue Service and that they will submit a supplemental report within sixty (60) days, **IT IS ORDERED** as follows:

1.   The status report dated August 20, 2021, shall be docketed by the Deputy Clerk; and

2.   The parties, through counsel, shall file and serve reports with respect to the status of the proposed settlement at 60-day intervals or more frequently if warranted by the circumstances.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

_____

   **DuBOIS, JAN E., J.**